UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE: DAMON DASH                                     CASE NO: 14-37045

### NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS

    Wells Fargo Bank, N.A., *as Servicer,* hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 19 from the Chapter 13 trustee should be sent to the following address:

**OLD Payment Address:**
Wells Fargo Bank, N.A.
PO Box 63491
San Francisco, CA 94163

**NEW Payment Address:**
Wells Fargo Bank, N.A.
PO Box 45038
Jacksonville, FL 32232

/s/  Daosavanh Mua
**Wells Fargo Bank, N.A.**
MAC N9631-030
435 Ford Road, Suite 300
St. Louis Park, MN 55426
Telephone: 1-866-429-7099
Email address: ODCRBankruptcy@wellsfargo.com

BKCOADDR (08/2018)