In The United States Bankruptcy Court
Southern District Of Texas
Houston Division

In Re: Damon D. Dash  
    340 S. Lemon Ave #2901  
    Walnut, Ca  91789  
Debtor(s)

Chapter 13 Case Number:  
14-37045-H2-13

## CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

THE CHAPTER 13 TRUSTEE ("Trustee"), represents that each of the debtor(s) have attended a meeting of creditors, submitted to an examination under oath and have made all payments to the Chapter 13 Trustee as required by the Order Confirming the Chapter 13 Plan.

The Trustee's Final Report and Account will be submitted when all payments to creditors on behalf of the debtor(s) have cleared the account and accounting is completed. The Trustee requests the case remain open pending the filing of the Trustee's Final Report and Account.

Respectfully Submitted,

 /s/ William E. Heitkamp_____  
William E. Heitkamp, Trustee  
Admissions ID No. 3857  
9821 Katy Freeway, Suite 590  
Houston, Texas 77024

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was filed with the Clerk on Wednesday, January 8, 2020. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

__William E. Heitkamp_____  
William E. Heitkamp, Trustee